UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 26-CR-20238-BECERRA/TORRES(SEALED)

UNITED STATES OF AMERICA,

Plaintiff,

V.

Ibrahim Khaldoon Hilmi

Defendant,

_____/

## ORDER

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendant. Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is unsealed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 22nd day of June, 2026.

_____
ENJOLIQUE LETT
**UNITED STATES MAGISTRATE JUDGE**