# COURT MINUTES
# Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor                    Date: 06/22/2026  Time: 1:30 PM

Defendant: Ibrahim Khaldoon  Hilmi          J#: 72700-512   Case #: 26-CR-20238-BECERRA/TORRES(SEALED)

AUSA: Keith Clouser                                       Attorney:

Violation: Health Care Fraud and Wire Fraud Conspiracy. Money Laundering Conspiracy. Money Laundering.        Surr/Arrest Date: 06/22/2026        YOB: 1967

Proceeding: Initial Appearance                            CJA Appt:

Bond/PTD Held: ◌ Yes  ◌ No          Recommended Bond: PTD

Bond Set at: $                                            Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: English

Disposition:
 Government Ore Tenus motion to Unseal Case- GRANTED. Defendant advised of charges and rights. Government seeks PTD due to risk of non-appearance.  Government's Ore Tenus request for PTD hearing – GRANTED.

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel**: | **6/25/26** | **10AM** | **DUTY** | **MIAMI** |
| **PTD**/Bond Hearing: | **6/25/26** | **10AM** | **DUTY** | **MIAMI** |
| Prelim/**Arraign** or Removal: | 6/25/26 | 10AM | DUTY | MIAMI |
| Status Conference RE: | | | | |

D.A.R. **14:37:42**                                     Time in Court: **9MINS**

s/Enjolique Lett                                        Magistrate Judge