UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20238-CR-BECERRA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

IBRAHIM KHALDOON HIMIL

      Defendant.

_____/

**DEFENDANT'S INVOCATION OF
RIGHT TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his right to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

1

relating to the defendant.   Any contact with the defendant must be made through undersigned counsel.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY:   *s/ Daniel Ecarius*
Daniel Ecarius
Assistant Federal Public Defender
Florida Bar No. 0719765
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1555
Tel:   305-530-7000
E-Mail Address: daniel_ecarius@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Daniel Ecarius*
Daniel Ecarius

2