**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-20249-CR-BECERRA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

MALIK THOMPSON,

    *Defendant.*

                               /

## **SPEEDY TRIAL WAIVER**

Malik Thompson, after consultation and analysis with undersigned counsel, files this waiver of speedy trial from the time his most recent motion to continue trial was filed through his next scheduled trial date of September 28, 2026.

*/s/ Malik Thompson*　　　　　　　　　　July 15, 2026
MALIK THOMPSON　　　　　　　　　　　DATE

                                   Respectfully Submitted,

                                   HECTOR A. DOPICO
                                   FEDERAL PUBLIC DEFENDER

                                   By: */s/ Evan L. Kuhl*
                                   Evan L. Kuhl
                                   Assistant Federal Public Defender
                                   Florida Bar No. 1025143
                                   150 W. Flagler Street, Suite 1700
                                   Miami, Florida 33130
                                   (305) 530-7000
                                   evan_kuhl@fd.org