**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-20238-CR-BECERRA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

IBRAHIM KHALDOON HILMI,

    *Defendant.*

                             /

## UNOPPOSED MOTION TO CONTINUE TRIAL

Ibrahim Khaldoon Hilmi, through counsel, respectfully submits this unopposed request to continue the trial setting of this matter for 60 days and states in support the following.

Mr. Hilmi is charged by indictment with violations of 18 U.S.C. § 1349 and 18 U.S.C. § 1956. He was arraigned on June 25, 2026. This matter is currently set for trial during the two-week period beginning July 27, 2026, with a calendar call on July 21, 2026.

Mr. Hilmi respectfully requests a continuance of the current trial setting to allow additional time for defense counsel to receive and review discovery and to conduct necessary follow-up investigation.

Undersigned counsel has conferred with AUSA Claire Horrell regarding the relief requested herein. The government has no objection to this continuance.

WHEREFORE, the Defendant, Ibrahim Khaldoon Himli, respectfully requests a 60-day continuance of the trial setting in this matter.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: */s/ Evan L. Kuhl*
Evan L. Kuhl
Assistant Federal Public Defender
Florida Bar No. 1025143
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
(305) 530-7000
evan_kuhl@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on **July 15, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ Evan L. Kuhl_