**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-20238-CR-BECERRA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

IBRAHIM KHALDOON HILMI,

    *Defendant.*

                             /

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

This cause is before the Court on Defendant's Unopposed Motion to Continue Trial.  (ECF No. ___) The Court having reviewed said motion and being fully advised as to its premises, it is:

ORDERED AND ADJUDGED the Motion is **GRANTED**.  The trial of this cause is hereby **CONTINUED** to the two-week trial period commencing _____, at _____am/pm.   A Calendar Call will be held on _____, at _____am/pm.

DONE AND ORDERED in Chambers, at Miami, Florida this _____ day of July, 2026.

                                         _____

                                         JACQUELINE BECERRA
                                         UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record