**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-20238-CR-BECERRA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

IBRAHIM KHALDOON HILMI,

    *Defendant.*

                            /

## SPEEDY TRIAL WAIVER

Ibrahim Khaldoon Hilmi, after consultation and analysis with undersigned counsel, files this waiver of speedy trial from the time his most recent motion to continue trial was filed through his next scheduled trial date of September 28, 2026.

*/s/ Ibrahim Khaldoon Hilmi*                        July 15, 2026
IBRAHIM KHALDOON HILMI                  DATE

                Respectfully Submitted,

                HECTOR A. DOPICO
                FEDERAL PUBLIC DEFENDER

                By: */s/ Evan L. Kuhl*
                Evan L. Kuhl
                Assistant Federal Public Defender
                Florida Bar No. 1025143
                150 W. Flagler Street, Suite 1700
                Miami, Florida 33130
                (305) 530-7000
                evan_kuhl@fd.org