UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-CR-20238-BECERRA

United States of America,

v.

IBRAHIM KHALDOON HIMIL,

     Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTIONS FOR CONTINUANCE AND RE-SETTING OF CRIMINAL TRIAL DATE

**THIS CAUSE** came before the Court on Defendant's Unopposed Motions to Continue the Trial [ECF No. 19 & 21]. The court has considered the Motions, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion are **GRANTED**. For the reasons stated in the Unopposed Motions, incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motions was filed, 7/15/2026, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. **Defendant's signed Waiver of Speedy Trial was filed as an attachment to the motions on 7/15/2026.**

The Court hereby sets this case for a **Criminal Jury Trial** during the two-week period beginning on September 8, 2026. A Calendar Call will be held at **8:30 a.m. on September 1, 2026 in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse**. Defendant is not required to appear for the Calendar Call.

The parties are directed to the Court's Order Setting Criminal Trial Date, Pretrial Schedule and Instructions, ECF No. [16] for all other trial instructions and pretrial deadlines.

**DONE AND ORDERED** in Miami, Florida on this 21st day of July, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE