# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-20238-CR-BECERRA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

IBRAHIM KHALDOON HILMI,

    *Defendant.*

                                    /

## UNOPPOSED MOTION FOR DETENTION HEARING

Ibrahim Khaldoon Hilmi, through counsel, respectfully submits this unopposed request to schedule a detention hearing pursuant to 18 U.S.C. § 3142 before the Duty Judge on Thursday, July 30, 2026, at 10:00 AM.  In support of this request, Mr. Hilmi states the following.

Mr. Hilmi is charged by indictment with violations of 18 U.S.C. § 1349 and 18 U.S.C. § 1956.  On June 25, 2026, Mr. Hilmi was arraigned and stipulated to pretrial detention with a right to revisit.  D.E. 14, 15.  Mr. Hilmi now seeks to exercise his right to revisit the issue of his pretrial detention.

The Honorable Edwin G. Torres, United States Magistrate Judge, is the Duty Judge scheduled to preside on July 30, 2026, at 10:00 AM.  Mr. Hilmi respectfully requests that his case be set for a detention hearing at that time.

Undersigned counsel has conferred with AUSA Claire Horrell regarding the relief requested herein.  The government has no objection to scheduling the

detention hearing for this Thursday.

WHEREFORE, the Defendant, Ibrahim Khaldoon Himli, respectfully requests that a detention hearing be scheduled in his case for Thursday, July 30, 2026, at 10:00 AM.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: */s/ Evan L. Kuhl*
Evan L. Kuhl
Assistant Federal Public Defender
Florida Bar No. 1025143
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
(305) 530-7000
evan_kuhl@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that on **July 28, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ *Evan L. Kuhl*</u>