**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 26-20238-CR-BECERRA

UNITED STATES OF AMERICA,

     *Plaintiff,*

v.

IBRAHIM KHALDOON HILMI,

     *Defendant.*

                             /

## ORDER GRANTING UNOPPOSED MOTION FOR DETENTION HEARING

This cause is before the Court on Defendant's Unopposed Motion for Detention Hearing.  (ECF No. ___)  The Court having reviewed said motion and being fully advised as to its premises, it is:

ORDERED AND ADJUDGED the Motion is **GRANTED**.  A detention hearing in this case is scheduled before the Duty Judge on July 30, 2026, at 10:00 AM.

DONE AND ORDERED in Chambers, at Miami, Florida this _____ day of July, 2026.

 

                                    _____
                                    EDWIN G. TORRES
                                    UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record