**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

Cohan v. Clase Azul Cocina Mexicana, LLC , Case No: 0:26-cv-61124-JB

Victor v. Reebok International LTD., LLC, Case No: 0:26-cv-61613-JB

Hodge v. Florida Department of Corrections, Case No: 0:26-cv-61801-JB

Carter v. Florida Department of Corrections, Case No: 0:26-cv-61865-JB

Abramson et al v. Cohen et al, Case No: 0:26-cv-61939-JB

Llanos De Herrera v. Costco Wholesale Corporation, Case No: 0:26-cv-61969-JB

Ariza v. Lindbergh Dania LLC, Case No: 0:26-cv-62078-JB

Barberi v. European Master Tech of Miami, Inc. et al, Case No: 1:25-cv-26157-JB

Gonzalez v. Biscayne Acquisitions, LLC et al, Case No: 1:26-cv-24946-JB

Titorchuk v. Hartford Life and Accident Insurance Company, Case No: 1:26-cv-24990-JB

Shapiro v. City of Aventura, Case No: 1:26-cv-25021-JB

Pinero v. JLM Investment Shopping Center Limited et al, Case No: 1:26-cv-25028-JB

Airboat Adventures Everglades LLC v. Everglades Airboat Adventures LLC, Case No: 1:26-cv-25056-JB

Granaio, LLC v. City of New Orleans, Case No: 1:26-cv-25132-JB

Lucky Machines LLC v. Mattel, Inc., Case No: 1:26-mc-25144-JB

USA v. Ibrahim Khaldoon Hilmi, Case No: 1:26-cr-20238-JB-1

USA v. Malik Thompson, Case No: 1:26-cr-20249-JB-1

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Jeffrey T. Kuntz.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District

of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Jeffrey T. Kuntz** as of August 12, 2026 for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Jeffrey T. Kuntz.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Jeffrey T. Kuntz**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials JTK in lieu of the present initials.

DONE and ORDERED at Miami, Florida, in chambers this 12th day of August, 2026.

Jacqueline Becerra
United States District Judge

c: All counsel of record/pro se parties