**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cr-20238-JTK**

**UNITED STATES OF AMERICA,**

Plaintiff,

**vs.**

**IBRAHIM KHALDOON HILMI,**

Defendant.
___________________________________/

**UNITED STATES' FOURTH SPEEDY TRIAL REPORT**

Pursuant to Southern District of Florida Local Rule 88.5 ("Rule 88.5") and the Court's Orders Granting Unopposed Motions for Continuance and Re-Setting of Criminal Trial Date (ECF Nos. 25, 32), the United States submits the following speedy trial report, which is formatted to correspond with Rule 88.5:

A. The following periods of time are excludable for Speedy Trial Act purposes:

   a. Defendant Ibrahim Khaldoon Hilmi ("Hilmi") was charged by Indictment in the Southern District of Florida on June 11, 2026. ECF No. 3. Hilmi was arrested on June 18, 2026, and made his first appearance in the Southern District of Florida on June 22, 2026. ECF No. 10. On June 25, 2026, Hilmi was arraigned on the charges in the indictment. ECF No. 14.

   b. On July 15, 2026, Hilmi moved to continue trial by sixty days, until September 14, 2026, or thereafter, and waived his right to a speedy trial. ECF No. 21. On July 21, 2026, the Court granted Hilmi's motion to continue and set trial for September 8,

2026. ECF No. 25. In so doing, the Court found that the period from July 15, 2026, through September 8, 2026, was excludable under the Speedy Trial Act. *Id.*

c. On August 10, 2026, Hilmi moved to continue trial by sixty days, until November 7, 2025, or thereafter, and reiterated his waiver of his right to a speedy trial. ECF No. 31. On August 11, 2026, the Court granted Hilmi's motion to continue and set trial for November 2, 2026. ECF No. 32. In so doing, the Court found that the period from August 10, 2026, through November 2, 2026, was excludable under the Speedy Trial Act. *Id.*

d. On August 17, 2026, the case against Hilmi was reassigned to District Court Judge Jeffrey T. Kuntz. ECF No. 34. On August 27, 2026, the parties appeared before the Court for a status conference. Following a joint motion by the parties, the Court set trial for December 14, 2026, and found that the time between August 27, 2026, and December 14, 2026, was excludable under the Speedy Trial Act. ECF No. 39.

B. There is no excludable time recorded on the docket on which the parties are in conflict.

C. The computation of the gross time, excludable time, net time remaining and the final date upon which Hilmi can be tried in compliance with the Speedy Trial Plan of this Court is as follows:

a. Hilmi was charged via Indictment on June 11, 2026. Hilmi had his initial appearance in the Southern District of Florida on June 22, 2026. The Court excluded from the speedy trial calculation the time between July 15, 2026, and December 14, 2026. Therefore, as of today, 23 days have elapsed; and 47 days remain on the speedy trial clock. Currently, the final date that Hilmi can be tried in compliance with the Speedy Trial Plan of the Court is January 30, 2026.

Counsel for the United States conferred with counsel for Hilmi regarding the calculations initially set out in the United States' First Speedy Trial Report, ECF No. 26, and duplicated herein, and counsel had no objection to these calculations.

Dated: September 21, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

COLIN M. MCDONALD
ASSISTANT ATTORNEY GENERAL
National Fraud Enforcement Division

By: *_/s/ Claire M. Horrell_*
Claire M. Horrell
Trial Attorney
Health Care Fraud Section
Florida Bar No. A5503342
United States Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
(202) 285-5630
Claire.Horrell@usdoj.gov

## CERTIFICATE OF SERVICE

I, Claire M. Horrell, hereby certify that on September 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Claire M. Horrell*
Claire M. Horrell