UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 26-20238-CR-KUNTZ

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

IBRAHIM KHALDOON HILMI,

*Defendant*.
________________________________/

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL**

This cause is before the Court on the parties' Joint Motion to Continue Trial, and Joint Motion for Reconsideration of Joint Motion to Continue Trial. (ECF Nos. 46, 49.) The Court having reviewed said motions and being fully advised as to their premises, it is:

ORDERED AND ADJUDGED the Motion is **GRANTED**. The trial of this cause is hereby **CONTINUED** to the two-week trial period commencing ______________________, at ________am/pm. A Calendar Call will be held on _______________________, at _______am/pm.

DONE AND ORDERED in Chambers, at Miami, Florida this _____ day of October, 2026.

cc: Counsel of Record

________________________________________
JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE