**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20238-KUNTZ**

**UNITED STATES OF AMERICA**

**vs.**

**IBRAHIM KHALDOON HILMI,**

**Defendant.**

______________________________/

**ORDER ON MOTION FOR CONTINUANCE**

**THIS MATTER** came before the Court at the telephonic hearing held on November 4, 2026, on the Joint Motion for Reconsideration of the previously denied Joint Motion to Continue Trial (ECF No. 46). The Court having heard oral argument from the parties, and being otherwise fully advised in its premise, it is

**ORDERED AND ADJUDGED** that this case is hereby continued to the two-week trial calendar commencing February 22, 2027, at 9:30 a.m. in the Fort Lauderdale Division, Courtroom 202A, or as soon thereafter as the case may be called. Counsel and the defendant shall appear in person for the calendar call on February 18, 2027, at 9:30 a.m. at the same location. All pretrial motions shall be filed by January 14, 2027.

It is further **ORDERED AND ADJUDGED** that the Court finds, pursuant to 18 U.S.C. § 3161(H)(7)(A), that the ends of justice served by this continuance outweigh the best interests of the Defendant in a speedy trial. Accordingly, the period of delay resulting from this continuance through the start of trial shall be considered excludable under the Speedy Trial Act. See 18 U.S.C. § 3161.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of November 2026.

______________________________
JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE